DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MATTHEW WARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2142

_____

December 20, 2023

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.